| Debtor 1 | **Sharmere** | **Nicole** | **Miller** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number (if known): **19-54076**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

| 1.1. | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|
| Street address, if available, or other description | ☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other | **Current value of the entire property?** ___ **Current value of the portion you own?** ___ |
| City State ZIP Code | | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| County | | |

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: ___

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................... ➔ | **$0.00** |

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | | |
|---|---|---|---|
| Make: | **Chevrolet** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Equinox** | ☑ Debtor 1 only | |
| Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **87,000** | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $4,000.00 / $4,000.00 |

Other information:

**2014 Chevrolet Equinox (approx. 87,000 miles)**

☐ **Check if this is community property** (see instructions)

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
      *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

| 4.1. | | | |
|---|---|---|---|
| Make: | _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | _____ | ☐ Debtor 1 only | |
| Year: | _____ | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | | ☐ At least one of the debtors and another | |

☐ **Check if this is community property** (see instructions)

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here**..................................................... ➔   $4,000.00

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
      *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....   **Debtor's Furniture**                                          $1,500.00

7.    **Electronics**
      *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....   **1 Mac Book Pro**                                          $750.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....    **Debtor's Clothing**                                          **$500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☑ No
    ☐ Yes.  Give specific
    information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3.  Write the number here**.........................................................................................➔    **$2,750.00**

---

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☐ No
    ☑ Yes...............................................................................................  Cash:  .........................    **$80.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **JP Morgan Chase Checking account** | $300.00 |
| 17.2. | Checking account: | **Team One Credit Union Checking account** | $0.00 |
| 17.3. | Savings account: | **Team One Credit Union Savings account** | $5.00 |
| 17.4. | Certificates of deposit: | | |
| 17.5. | Other financial account: | | |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes.  Give specific information about them...........................    Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.  Give specific information about them...........................    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes.  List each account separately.    Type of account:    Institution name:

401(k) or similar plan:

Pension plan:

IRA:

Retirement account:

Keogh:

Additional account:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes...........................          Institution name or individual:

| | |
|---|---|
| Electric: | |
| Gas: | |
| Heating oil: | |
| Security deposit on rental unit: | **Security deposit on rental unit**          **$400.00** |
| Prepaid rent: | |
| Telephone: | |
| Water: | |
| Rented furniture: | |
| Other: | |

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes...........................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes...........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific
   information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific
   information about them

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific
   information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years....................

**Federal: Earned Portion of 2019 Tax Refund.  Amt: $3,500.00**

Federal:        **$3,500.00**

State:              **$0.00**

Local:              **$0.00**

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................    Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information _____    _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................** ➔ | $4,285.00 |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..  _____    _____

**39. Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..  _____    _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..  _____    _____

**41. Inventory**

☑ No
☐ Yes.  Describe..  _____    _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                              % of ownership:

_____    _____    _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe....  _____    _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**.................................................................... ➔ | $0.00

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information................

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**........................................................................ ➔ | $0.00

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54.  Add the dollar value of all of your entries from Part 7.  Write that number here............................................. ➡    **$0.00**

## Part 8:    List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**..................................................................................................... ➡    **$0.00**

56.  **Part 2: Total vehicles, line 5**                                                            **$4,000.00**

57.  **Part 3: Total personal and household items, line 15**                                      **$2,750.00**

58.  **Part 4: Total financial assets, line 36**                                                  **$4,285.00**

59.  **Part 5: Total business-related property, line 45**                                            **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                                  **$0.00**

61.  **Part 7: Total other property not listed, line 54**                                     +     **$0.00**

62.  **Total personal property.**    Add lines 56 through 61...................    **$11,035.00**    Copy personal     ➡    +    **$11,035.00**
                                                                                                    property total

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................... ➡    **$11,035.00**

**Fill in this information to identify your case:**

Debtor 1 __**Sharmere**__ __**Nicole**__ __**Miller**__
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF MICHIGAN**__

Case number __**19-54076**__
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1 Mac Book Pro** <br><br> Line from *Schedule A/B*: __7__ | $750.00 | ☑ $750.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Debtor's Clothing** <br><br> Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

19-54076-mlo    Doc 11    Filed 10/03/19    Entered 10/03/19 13:13:37    Page 10 of 36

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Debtor's Carrying Cash**<br><br>Line from *Schedule A/B*: ___16___ | $80.00 | ☑ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**JP Morgan Chase Checking account**<br><br>Line from *Schedule A/B*: ___17.1___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Team One Credit Union Checking account**<br><br>Line from *Schedule A/B*: ___17.2___ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Team One Credit Union Savings account**<br><br>Line from *Schedule A/B*: ___17.3___ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Security deposit on rental unit**<br><br>Line from *Schedule A/B*: ___22___ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Earned Portion of 2019 Tax Refund**<br><br>Line from *Schedule A/B*: ___28___ | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**Fill in this information to identify your case:**

Debtor 1    **Sharmere**     **Nicole**     **Miller**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number
(if known)    **19-54076**

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|

**2.1**

**Credit Acceptance**
Creditor's name
**25505 West 12 Mile Rd**
Number    Street
**Suite 3000**

**Southfield**     **MI**    **48034**
City       State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

Date debt was incurred    **03/2018**

Describe the property that
secures the claim:

**2014 Chevrolet Equinox**
**(approx. 87,000 miles)**

| Column A | Column B | Column C |
|---|---|---|
| **$15,966.00** | **$4,000.00** | **$11,966.00** |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Automobile**

Last 4 digits of account number    **6   7   9   8**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| **$15,966.00** |
|---|

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:

| **$15,966.00** |
|---|

Debtor 1    **Sharmere Nicole Miller** _____    Case number (if known) **19-54076** _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ _____                    **On which line in Part 1 did you enter the creditor?** _____

Name

Number        Street                                                **Last 4 digits of account number** ___ ___ ___ ___

_____

_____

City                              State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sharmere** | **Nicole** | **Miller** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number **19-54076**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| | |
|---|---|
| _____ | **Last 4 digits of account number**  __ __ __ __ |
| Priority Creditor's Name | |
| _____ | **When was the debt incurred?**  _____ |
| Number        Street | |
| _____ | **As of the date you file, the claim is:** Check all that apply. |
| _____ | ☐ Contingent |
| City        State    ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| **4.1** | | **$2,938.00** |
|---|---|---|

**Acceptance Now**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**5501 Headquarters Drive**

**Plano**                    **TX**    **75024**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __0__ __7__ __9__ __5__
**When was the debt incurred?** __03/2015__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Rental Agreement**

| **4.2** | | **$400.00** |
|---|---|---|

**Advance America**
Nonpriority Creditor's Name
**15238 Isabella Dr**
Number      Street
**Ste. B**

**Big Rapids**              **MI**    **49307**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __4__ __6__ __8__ __3__
**When was the debt incurred?** __10/2018__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Unsecured Loan**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

**4.3**                                                                                              **$1,509.00**

**Ally Financial**                                    Last 4 digits of account number    8   1   6   1
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**                              When was the debt incurred?    01/2012
Number      Street
**PO Box 380901**                                      As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bloomington           MN    55438**
City                  State    ZIP Code              **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**    Check one.
☑ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                              that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                      ☑ Other. Specify
☐ Check if this claim is for a community debt            **Automobile**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.4**                                                                                              **$212.00**

**Cadillac Accounts Receivable Management**           Last 4 digits of account number    3   1   4   7
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                   When was the debt incurred?    11/2014
Number      Street
**PO Box 358**                                         As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cadillac              MI    49601**
City                  State    ZIP Code              **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**    Check one.
☑ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                              that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                      ☑ Other. Specify
☐ Check if this claim is for a community debt            **Collecting for -COVENANT HEALTHCARE**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.5**                                                                                              **$820.00**

**Capital Accounts**                                  Last 4 digits of account number    0   7   8   2
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**                              When was the debt incurred?    04/2016
Number      Street
**PO Box 140065**                                      As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nashville             TN    37214**
City                  State    ZIP Code              **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**    Check one.
☑ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                              that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                      ☑ Other. Specify
☐ Check if this claim is for a community debt            **Collecting for -MID-MICHIGAN PEDIATRIC CARDIOL**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

| 4.6 |                                                                                       **$6,410.00**

**Capital One Auto Finance**                    Last 4 digits of account number  __1__  __0__  __0__  __1__
Nonpriority Creditor's Name
**Attn: Bankruptcy**                            When was the debt incurred?    04/09/2016
Number        Street
**PO Box 30285**                                As of the date you file, the claim is: Check all that apply.

                                                ☐ Contingent
                                                ☐ Unliquidated
**Salt Lake City**          **UT**    **84130**  ☐ Disputed
City                      State    ZIP Code
**Who incurred the debt?**   Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other.  Specify
                                                   **Automobile**
**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.7 |                                                                                       **$547.00**

**Cbc Credit**                                  Last 4 digits of account number  __5__  __4__  __4__  __0__
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**                 When was the debt incurred?    10/13/2017
Number        Street
**804 S. Hamilton St  Ste 107**                 As of the date you file, the claim is: Check all that apply.

                                                ☐ Contingent
                                                ☐ Unliquidated
**Saginaw**                 **MI**    **48602**  ☐ Disputed
City                      State    ZIP Code
**Who incurred the debt?**   Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other.  Specify
                                                   **Collecting for -COVENANT HEALTHCARE**
**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.8 |                                                                                       **$483.00**

**Cbc Credit**                                  Last 4 digits of account number  __5__  __4__  __4__  __1__
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**                 When was the debt incurred?    10/13/2017
Number        Street
**804 S. Hamilton St  Ste 107**                 As of the date you file, the claim is: Check all that apply.

                                                ☐ Contingent
                                                ☐ Unliquidated
**Saginaw**                 **MI**    **48602**  ☐ Disputed
City                      State    ZIP Code
**Who incurred the debt?**   Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other.  Specify
                                                   **Collecting for -COVENANT HEALTHCARE**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.9 | | | $866.00 |

**CBCS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 2334**

**Columbus          OH    43216**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1   1   1   4**
**When was the debt incurred?**    **04/13/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - SPECTRUM HEALTH BIG RAPIDS H**

| 4.10 | | | $575.00 |

**CBCS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 2334**

**Columbus          OH    43216**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1   1   1   3**
**When was the debt incurred?**    **04/13/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - SPECTRUM HEALTH BIG RAPIDS H**

| 4.11 | | | $535.00 |

**CBCS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 2334**

**Columbus          OH    43216**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1   1   1   5**
**When was the debt incurred?**    **04/13/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -SPECTRUM HEALTH BIG RAPIDS H**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.12**                                                                                                                                          **$431.00**

**CBCS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 2334**

**Columbus**           **OH**    **43216**
City                          State      ZIP Code

Last 4 digits of account number    **1** **1** **1** **6**
When was the debt incurred?    **04/13/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for -SPECTRUM HEALTH BIG RAPIDS H**

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.13**                                                                                                                                          **$298.00**

**CBCS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 2334**

**Columbus**           **OH**    **43216**
City                          State      ZIP Code

Last 4 digits of account number    **1** **1** **1** **7**
When was the debt incurred?    **04/13/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for -SPECTRUM HEALTH BIG RAPIDS H**

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.14**                                                                                                                                          **$208.00**

**CBCS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 2334**

**Columbus**           **OH**    **43216**
City                          State      ZIP Code

Last 4 digits of account number    **2** **8** **6** **1**
When was the debt incurred?    **04/13/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for -SPECTRUM HEALTH BIG RAPIDS**

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.15

$1,329.00

**Cr Srvs Of Michigan**
Nonpriority Creditor's Name
**PO Box 6428**
Number       Street

**Saginaw**            **MI**      **48608**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1   3   1   1**
When was the debt incurred?    **11/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - VALLEY OB GYN CLINIC PC**

### 4.16

$500.00

**Evergreen Services**
Nonpriority Creditor's Name
**P.O. Box 834**
Number       Street

**Lac Du Flambeau**    **WI**      **54538**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4   6   8   3**
When was the debt incurred?    **06/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured Loan**

### 4.17

$1,612.00

**Ferris State**
Nonpriority Creditor's Name
**C/o University Acc**
Number       Street

**Brookfield**         **WI**      **53005**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6   6   0   6**
When was the debt incurred?    **05/06/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                                    **Total claim**

---

**4.18**                                                                                              **$2,078.00**

**FinWise Bank/Opp Loans**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**130 E Randolp St,  Ste3400**


**Chicago**              **IL**      **60601**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0  6  3  0**
**When was the debt incurred?**    **08/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
       **Unsecured**

---

**4.19**                                                                                              **$12,260.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 9640**


**Wiles-Barr**           **PA**      **18773**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0  5  4  3**
**When was the debt incurred?**    **09/2008**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

**4.20**                                                                                              **$9,389.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 9640**


**Wiles-Barr**           **PA**      **18773**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9  8  4  0**
**When was the debt incurred?**    **08/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.21 | | |

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 9640**

**$7,586.00**

**Wiles-Barr          PA      18773**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **0   5   2   7**

**When was the debt incurred?    09/2007**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| 4.22 | | |

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 9640**

**$6,886.00**

**Wiles-Barr          PA      18773**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **2   4   7   5**

**When was the debt incurred?    12/2013**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| 4.23 | | |

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 9640**

**$6,786.00**

**Wiles-Barr          PA      18773**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **0   1   1   2**

**When was the debt incurred?    11/2012**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.24 | | **$3,634.00** |

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 9640**

**Wiles-Barr        PA    18773**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0    3    8    4**
**When was the debt incurred?**    **08/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| 4.25 | | **$3,535.00** |

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 9640**

**Wiles-Barr        PA    18773**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0    5    3    5**
**When was the debt incurred?**    **01/2008**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| 4.26 | | **$1,371.00** |

**Progressive Leasing**
Nonpriority Creditor's Name
**256 West Data Drive**
Number        Street

**Draper        UT    84020**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1    5    7    0**
**When was the debt incurred?**    **04/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Arrearage**

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
| --- |

| 4.27 | | **$105,127.00** |
| --- | --- | --- |

**USDOE/GLELSI**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 7860**

**Madison**           **WI**    **53707**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **8    5    8    1**

**When was the debt incurred?**    **09/2005**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim?**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

| 4.28 | | **$400.00** |
| --- | --- | --- |

**Xpress Cash Management**
Nonpriority Creditor's Name
**d/b/a Check & Cash, USA, LLC**
Number        Street
**5920 N. 39th Ave., Ste. 1**

**Wausau**            **WI**    **54401**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **4    6    8    3**

**When was the debt incurred?**    **10/2018**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim?**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Unsecured Loan**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Shermeta Law Group, PLLC**
Name
**P.O. 5016**
Number        Street

**Rochester**          **MI**      **48308**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.3**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**U.S. Department of Education/GL**
Name
**400 Maryland Ave. SW**
Number        Street

**Washington**          **DC**      **20202**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.27**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**United States Attorney**
Name
**Attn: Civil Division**
Number        Street
**211 West Fort Street**

**Ste. 2001**

**Detroit**          **MI**      **48226**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.27**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**United States Attorney**
Name
**Attn: Civil Division**
Number        Street
**211 West Fort Street**

**Ste. 2001**

**Detroit**          **MI**      **48226**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.24**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**United States Attorney**
Name
**Attn: Civil Division**
Number        Street
**211 West Fort Street**

**Ste. 2001**

**Detroit**          **MI**      **48226**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.23**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**United States Attorney**
Name
**Attn: Civil Division**
Number        Street
**211 West Fort Street**

**Ste. 2001**

**Detroit**              **MI**    **48226**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.22** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**United States Attorney**
Name
**Attn: Civil Division**
Number        Street
**211 West Fort Street**

**Ste. 2001**

**Detroit**              **MI**    **48226**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.21** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**United States Attorney**
Name
**Attn: Civil Division**
Number        Street
**211 West Fort Street**

**Ste. 2001**

**Detroit**              **MI**    **48226**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.20** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**United States Attorney**
Name
**Attn: Civil Division**
Number        Street
**211 West Fort Street**

**Ste. 2001**

**Detroit**              **MI**    **48226**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
    28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.  $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.  $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.  $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d.  +  $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d.  $0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.  $156,815.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i.  +  $21,910.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j.  $178,725.00 |

**Fill in this information to identify your case:**

Debtor 1    **Sharmere**      **Nicole**      **Miller**
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number    **19-54076**
(if known)

☐ Check if this is an
    amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **The Windsong Apartments** <br> Name <br> **860 E Walton Blvd** <br> Number    Street <br><br> **Pontiac**       **MI**    **48340** <br> City            State    ZIP Code | **Residential Lease** <br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

Debtor 1   **Sharmere**          **Nicole**           **Miller**
           First Name            Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name          Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number   **19-54076**
(if known)

☐ Check if this is an
   amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes

      In which community state or territory did you live? _____ Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number     Street

      _____
      City                    State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   _____
   Name

   ☐ Schedule D, line_____

   _____
   Number     Street

   ☐ Schedule E/F, line_____

   _____
   City                    State      ZIP Code

   ☐ Schedule G, line_____

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Sharmere** | **Nicole** | **Miller** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** | | |
| Case number (if known) | **19-54076** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Degree Audit Specialist | |
| **Employer's name** | Wayne State University | |
| **Employer's address** | The Board of Governors | |
| | Number  Street | Number  Street |
| | Detroit          MI     48202 | |
| | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | 1 year | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,316.74 | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $4,316.74 | |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here .............................................................. → 4. **$4,316.74**

5. **List all payroll deductions:**

| 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$520.75** | |
| 5b. | Mandatory contributions for retirement plans | 5b. | **$0.00** | |
| 5c. | Voluntary contributions for retirement plans | 5c. | **$0.00** | |
| 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | |
| 5e. | Insurance | 5e. | **$199.55** | |
| 5f. | Domestic support obligations | 5f. | **$0.00** | |
| 5g. | Union dues | 5g. | **$0.00** | |
| 5h. | Other deductions. Specify: **See continuation sheet** | 5h.+ | **$146.98** | |

6. **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    **$867.28**

7. **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.    **$3,449.46**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**    8a.    **$0.00**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| 8b. | Interest and dividends | 8b. | **$0.00** | |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| 8d. | Unemployment compensation | 8d. | **$0.00** | |
| 8e. | Social Security | 8e. | **$0.00** | |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify:    8f.    **$0.00**

8g. **Pension or retirement income**    8g.    **$0.00**

8h. **Other monthly income.**    Specify:    8h.+    **$0.00**

9. **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    **$0.00**

10. **Calculate monthly income.**    Add line 7 + line 9.    10.    **$3,449.46** + _____ = **$3,449.46**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:    11.    + **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**    The result is the combined monthly income.    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$3,449.46**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

| 5h. | **Other Payroll Deductions (details)** | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | **Dependent Life Ins.** | $4.88 | |
| | **Delta Dental** | $24.61 | |
| | **Vision** | $18.91 | |
| | **Parking** | $98.58 | |
| | **Totals:** | $146.98 | |

**Fill in this information to identify your case:**

Debtor 1    __Sharmere__    __Nicole__    __Miller__
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    __EASTERN DISTRICT OF MICHIGAN__

Case number    __19-54076__
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent...................

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | __Daughter__ | __4__ | ☐ No ☑ Yes |
   | __Son__ | __6__ | ☐ No ☑ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**    4.    __$936.00__
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____

   4c. Home maintenance, repair, and upkeep expenses    4c. _____

   4d. Homeowner's association or condominium dues    4d. _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas **(Electric Bill)** | 6a. | **$60.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$70.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and **(See continuation sheet(s) for details)** cable services | 6c. | **$227.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | 8. | **$470.00** |
| 9. | **Clothing, laundry, and dry cleaning** **(See continuation sheet(s) for details)** | 9. | **$150.00** |
| 10. | **Personal care products and services** **(See continuation sheet(s) for details)** | 10. | **$120.00** |
| 11. | **Medical and dental expenses** **(See continuation sheet(s) for details)** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. **(Fuel )** | 12. | **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$60.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$134.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **Chevrolet Equinox** | 17a. | **$359.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. |
| 20b. | Real estate taxes | 20b. |
| 20c. | Property, homeowner's, or renter's insurance | 20c. |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. |
| 20e. | Homeowner's association or condominium dues | 20e. |

**21.** **Other.** Specify: _____    21.    + _____

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $3,436.00 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $3,436.00 |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $3,449.46 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | – $3,436.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $13.46 |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. | Explain here:
**None.**

**6c.** **Telephone, cell phone, Internet, satellite, and cable services (details):**
**Cell Phone**                                                                        **$100.00**
**Cable and Internet**                                                            **$127.00**

                                                                        Total:          **$227.00**

**9.** **Clothing, laundry, and dry cleaning (details):**
**Laundry Soap**                                                                   **$30.00**
**Change of Season Clothing**                                              **$120.00**

                                                                        Total:          **$150.00**

**10.** **Personal care products and services (details):**
**Haircuts for son**                                                              **$20.00**
**Haircare for Debtor and Daughter**                                 **$100.00**

                                                                        Total:          **$120.00**

**11.** **Medical and dental (details):**
**Vitamins, OTC Medicines, Dietary Supplements**            **$50.00**

                                                                        Total:           **$50.00**